**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAREY CAMP, individually and
On behalf of similarly situated persons,

Plaintiffs,

v.

CTS JOURNEY HOLDINGS, LLC d/b/a
CORPORATIVE TRAVEL SERVICE,

Defendant.

Case No. 26-cv-12988-MFL-APP

Hon. Judge Matthew F. Leitman

______________________________________/

David J. Shea (P41399)
Ashley D. Shea (P82471)
**Shea Law, PLLC**
26100 American Dr., 2nd Fl.
Southfield, MI 48034
(248) 354-0224
David.shea@shealaw.com
Ashley.shea@shealaw.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiff*

Andrew W. Clark (P79165)
Essence C. Patterson (P84888)
**Honigman LLP**
660 Woodward Avenue, Ste. 2290
Detroit, MI 48226-3506
(313) 465-7000
aclark@honigman.com
epatterson@honigman.com

*Attorneys for Defendant*

______________________________________/

**PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT PURSUANT TO THE COURT'S NOVEMBER 10, 2026 ORDER**

Plaintiff Carey Camp ("Plaintiff"), by and through his counsel of record, hereby provides notice to the Court and Defendant of Plaintiff's intent to file his First Amended Complaint by no later than December 7, 2026, pursuant to the Court's November 10, 2026, Order.

On August 21, 2026, Plaintiff filed this putative class action against Defendant CTS Journey Holding, LLC (*See* Compl., ECF No. 1). On October 29, 2026, Defendant filed its Motion to Dismiss (ECF No. 8). On November 10, 2026, the Court entered an order granting Plaintiff leave to file a First Amended Complaint (ECF No. 9). In the same order, the Court directed Plaintiff to file by November 23, 2026, a notice on the docket in this action notifying the Court and Defendant whether he will be filing a First Amended Complaint. *Id.* If Plaintiff provides notice that he will be filing a First Amended Complaint, Plaintiff shall file his First Amended Complaint by no later than December 7, 2026.

Based on the foregoing, Plaintiff hereby notifies the Court and Defendant that he will file his First Amended Complaint by December 7, 2026, pursuant to the Court's November 10, 2026, Order.

Dated: November 11, 2026

Respectfully submitted,

*/s/ David J. Shea*

David J. Shea (P41399)
Ashley D. Shea (P82471)
**Shea Law, PLLC**
26100 American Dr., 2nd Fl.
Southfield, MI 48034

(248) 354-0224
E: David.shea@shealaw.com
E: Ashley.shea@shealaw.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
E: wbf@federmanlaw.com

***Counsel for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ David J. Shea*
David J. Shea