UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAREY CAMP,

Plaintiff,

Case No. 26-cv-12988
Hon. Matthew F. Leitman

v.

CTS JOURNEY HOLDING, LLC

Defendant.
________________________________________________________________________/

**ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 8) WITHOUT PREJUDICE**

On August 21, 2026, Plaintiff Carey Camp filed this putative class action against Defendant CTS Journey Holding, LLC. (*See* Compl., ECF No. 1.) In his Complaint, Camp alleges that CTS Journey failed to protect the "sensitive personally identifiable information" of the proposed class members. (*Id.*, PageID.1-2.) CTS Journey thereafter filed a motion to dismiss Camp's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 8.)

On November 10, 2026, without expressing any view regarding the merits of the motions to dismiss, the Court issued an order granting Camp the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by CTS Journey in the motion to dismiss. (*See* Order, ECF No. 9.) The Court further told the parties that if Camp provided notice that he intended to

file an amended pleading, the Court would terminate CTS Journey's motion to dismiss without prejudice as moot. (*See id.*)

On November 11, 2026, Camp filed a notice with the Court that he intends to file a First Amended Complaint. (*See* Notice, ECF No. 10.) Based on Camp's notice, the Court **TERMINATES** CTS Journey's motion to dismiss (ECF No. 8) **WITHOUT PREJUDICE** as moot. CTS Journey may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126